## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE JOAN M. AZRACK**         DATE :   9 /17/13

DOCKET NUMBER:  13 CR 259 (KAM)         LOG # :   2:37 – 2:40

DEFENDANT'S NAME :   EMIR YEJE
         ✓ Present    ___ Not Present    ✓ Custody    ___ Bail

DEFENSE COUNSEL :    BARRY RHODES
         ___ Federal Defender    ___ CJA    ___ Retained

A.U.S.A  DAVID SARRATT         DEPUTY CLERK :  SM YUEN

INTERPRETER : _____ (Language) _____

_____ Hearing held.  _____ Hearing adjourned to_____

____ Defendant was released on_____ PRB with/without some conditions.

____ Defendant was advised of bond conditions by the Court and signed the bond.

_5_ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

____ Additional surety (ies) to co-signed bond by _____

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Order of Excludable Delay entered.  Code Type____ Start____ Stop____

____ Order of Speedy Trial entered.  Code Type____ Start____ Stop____

____ Defendant's first appearance.  ____ Defendant arraigned on the indictment.

____ Attorney Appointment of ____ FEDERAL DEFENDER ____ CJA

____ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

____ Status conference set for _____ @ _____ before Judge _____

OTHERS: Bond on consent set in the amount of $400,000 with conditions. A total of 10 financial responsible sureties to cosign bond before deft's release.