## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE**   Ramon E. Reyes Jr.          **DATE :**   9/24/13

DOCKET NUMBER:   13CR259(KAM)          LOG # :   2:57-3:02

DEFENDANT'S NAME :   Emir Yeje
___ Present   ✓ Not Present          ✓ Custody   ___ Bail

DEFENSE COUNSEL :   Barry Rhodes
___ Federal Defender   ✓ CJA          ___ Retained

A.U.S.A:                                       DEPUTY CLERK :   Felix Chin

INTERPRETER :                          (Language)

_____ Hearing held.  Detention  Hearing adjourned to 9/25/13 @ 11:00

___ Defendant was released on _____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

**5** Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.   Code Type___   Start___   Stop___

___ Order of Speedy Trial entered.   Code Type___   Start___   Stop___

___ Defendant's first appearance.   ___Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ Status conference set for _____ @ _____ before Judge _____

OTHERS :  Spanish interpreter Mario Michaelina present for sureties.