## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE**    Ramon E. Reyes Jr.             **DATE :**   9/25/13

DOCKET NUMBER:    **13CR259(KAM)**         LOG # :  11:14 - 11:20

DEFENDANT'S NAME :    /**Emir Yeje**
                    √ Present    ___ Not Present      √ Custody    ___ Bail

DEFENSE COUNSEL :    **Barry Rhodes**
                    ___ Federal Defender    √ CJA        ___ Retained

A.U.S.A:                                DEPUTY CLERK :   **Felix Chin**

INTERPRETER :                             (Language)

Bond satisfaction Hearing held. _____ Hearing adjourned to_____

√ Defendant was released on___$400,000_____ PRB with/without some conditions.

√ Defendant was advised of bond conditions by the Court and signed the bond.

____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

____ Additional surety (ies) to co-signed bond by _____

____ At this time, defense counsel states on the record that the defendant does not have a bail
     application / package. **Order of detention** entered with leave to reapply to a Magistrate
     or to the District Court Judge to whom the case will be assigned.

____ Order of Excludable Delay entered.   Code Type____   Start_____ Stop _____

____ Order of Speedy Trial entered.   Code Type_____   Start_____ Stop _____

____ Defendant's first appearance.   ___Defendant arraigned on the indictment.

____ Attorney Appointment of ____ FEDERAL DEFENDER ____ CJA

_____ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

_____ Status conference set for _____ @ _____ before Judge _____

OTHERS : _____